UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN TREVONE LAMAR, III,<br><br>Plaintiff,<br><br>v.<br><br>SONN, TOON, T. LEWIS, and FRANCO,<br><br>Defendants. | 1:23-cv-00462-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF |

Plaintiff—a prisoner—initiated this action on March 27, 2023, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Fresno County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

////

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1)The Fresno County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 2) on the Fresno County Sheriff located at P.O. Box 872, Fresno, CA 93712.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated:    May 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE